# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand and fourteen.

Before:     Rosemary S. Pooler,
                    *Circuit Judge*.

_____

Rajagopala Sampath Raghavendra, Esq., AKA Randy S. Raghavendra,
   Plaintiff-Appellant,

v.

The Trustees of Columbia University, *et al.*,
   Defendants-Appellees.

_____

**ORDER**
Docket No. 14-1707

Appellant moves to extend, through October 10, 2014, the time in which to respond to the motion to dismiss this appeal.

IT IS HEREBY ORDERED that the motion to extend time is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

